UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| IN RE: SETTOON CONSTRUCTION, INC., AS OWNER OF THE M/V AMBRE LYNN SETTOON AND THE BARGE MIDNIGHT GATOR PRAY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER<br><br>SECTION |

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF VERMILLION

  BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid state and parish, personally came and appeared:

J.P. QUACKENBOS, JR.

who, after first being duly sworn, did depose and say that:

1) My name is J.P. Quackenbos, Jr.

2) I am a marine surveyor employed by Qubed Limited.

3) I am certified by the Association of Marine Surveyors as a marine surveyor.

4) As part of my normal job duties, I perform retroactive fair market value surveys on vessels.

5) On May 28, 2024, I prepared a retroactive fair market value survey on the M/V AMBRE LYNN SETTOON and the barge MIDNIGHT GATOR.

6) A true and accurate copy of my survey report is attached as Exhibit A.

7) It is my professional opinion that in December of 2023, the M/V AMBRE LYNN SETTOON had a fair market value of $600,000 to $700,000.

8) It is my professional opinion that in December of 2023, the barge MIDNIGHT GATOR had a fair market value of $500,000 to $600,000.

9) The value of both vessels, combined, ranges from $1,100,000 to $1,300,000.

10) My opinions are based on my knowledge, experience, and skill as a marine surveyor.

11) These are my only opinions as of this time, and I reserve the right to supplement them upon the receipt of additional information.

_____
J.P. QUACKENBOS, JR.

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS ___ DAY OF _____, 2024.

_____
NOTARY PUBLIC