UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| IN RE: SETTOON CONSTRUCTION, INC., AS OWNER OF THE M/V AMBRE LYNN SETTOON AND THE BARGE MIDNIGHT GATOR PRAY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER<br><br>SECTION |

NOTICE OF COMPLAINT FOR EXONERATION
FROM AND/OR LIMITATION OF LIABILITY

**NOTICE IS HEREBY GIVEN** that Settoon Construction, Inc., as owner of the M/V AMBRE LYNN SETTOON and the barge MIDNIGHT GATOR, has filed a Complaint pursuant to Title 46 of the United States Code, § 30505, *et seq.*, claiming the right to exoneration from and/or limitation of liability with respect to all claims allegedly resulting from an incident which occurred on or around December 1, 2023, all as is more fully set forth in the Complaint.

All persons asserting claims with respect to which the Complainants seek limitation are admonished to file their respective claims with the Clerk of this Court and to serve a copy on the attorneys for the Complainants, Staines, Eppling & Kenney, LLC, Anthony J. Staines, 3500 North Causeway Boulevard, Suite 820, Metairie, Louisiana 70002, a copy thereof, on or before the ___ day of _____, 2024, or be defaulted.  Personal attendance is not required.

Any claimant desiring to contest either the right to exoneration from, or the right to limitation of liability, shall file and serve an answer and claims to the Complaint, unless his or her claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal

Rules of Civil Procedure governing certain Admiralty and Maritime claims.

    Lake Charles, Louisiana, this \_\_\_\_ day of _____ 2024.

_____
DEPUTY CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
611 BROAD STREET
LAKE CHARLES, LA  70601

Respectfully submitted;

**STAINES, EPPLING & KENNEY**

*/s/ Anthony J. Staines*

_____
**ANTHONY J. STAINES** (#12388)
**COREY P. PARENTON** (#32918)
**JEFFREY G. LAGARDE** (#31823)
3500 North Causeway Boulevard
Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Emails:      tony@seklaw.com
               corey@seklaw.com
               jeff@seklaw.com
*Counsel for Settoon Construction, Inc.*
*and the M/V AMBRE LYNN SETTOON*
*and the barge MIDNIGHT GATOR, in rem*