UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| IN RE: SETTOON CONSTRUCTION, INC., AS OWNER OF THE M/V AMBRE LYNN SETTOON AND THE BARGE MIDNIGHT GATOR PRAY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER<br><br>SECTION |

## DECLARATION OF PENDING FREIGHT

1. My name is Hollie B. Mallet, the Office/Accounting Manager for Settoon Construction, Inc. I am over the age of 21, and I am competent and capable of making this Declaration. I have personal knowledge of the facts and statements contained herein, and each is true and correct to the best of my knowledge, information, and belief.

2. I have been an employee of Settoon Construction, Inc. for 22 years and I am familiar with the customers and invoices for the projects performed by Settoon Construction, Inc., including the M/V AMBRE LYNN SETTOON and her tow, the barge MIDNIGHT GATOR.

3. Before making this Declaration, I, Hollie B. Mallet, reviewed invoices related to the operations of the M/V AMBRE LYNN SETTOON at the time of the incident on December 1, 2023, including the invoice tendered to the customer and the amounts charged to the customer.

4. The invoice tendered to the customer for all work performed on the job on which the December 1, 2023 incident occurred is $467,204.92.

5. No other sums were charged under this specific contract.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

Page 1 of 2

United States of America that the foregoing is true and correct.

**EXECUTED IN** St. Martin, Louisiana , this 10th day of June, 2024.

Hollie Mallet