UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE: SETTOON CONSTRUCTION, INC.,             CIVIL ACTION
AS OWNER OF THE M/V AMBRE LYNN
SETTOON AND THE BARGE MIDNIGHT                 NUMBER
GATOR PRAY FOR EXONERATION
FROM AND/OR LIMITATION OF LIABILITY            SECTION

NOTICE OF COMPLAINT FOR EXONERATION
FROM AND/OR LIMITATION OF LIABILITY

**NOTICE IS HEREBY GIVEN** that Settoon Construction, Inc., as owner of the M/V

AMBRE LYNN SETTOON and the barge MIDNIGHT GATOR, has filed a Complaint pursuant

to Title 46 of the United States Code, § 30505, *et seq.*, claiming the right to exoneration from

and/or limitation of liability with respect to all claims allegedly resulting from an incident which

occurred on or around December 1, 2023, all as is more fully set forth in the Complaint.

All persons asserting claims with respect to which the Complainants seek limitation are

admonished to file their respective claims with the Clerk of this Court and to serve a copy on the

attorneys for the Complainants, Staines, Eppling & Kenney, LLC, Anthony J. Staines, 3500

North Causeway Boulevard, Suite 820, Metairie, Louisiana 70002, a copy thereof, on or before

the 24th day of January, 2025, or be defaulted.  Personal attendance is not required.

Any claimant desiring to contest either the right to exoneration from, or the right to

limitation of liability, shall file and serve an answer and claims to the Complaint, unless his or her

claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal

Rules of Civil Procedure governing certain Admiralty and Maritime claims.

Lake Charles, Louisiana, this __24__ day of __July__ 2024.

_____
DEPUTY CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
611 BROAD STREET
LAKE CHARLES, LA  70601

Respectfully submitted;

**STAINES, EPPLING & KENNEY**

*/s/ Anthony J. Staines*

_____
**ANTHONY J. STAINES** (#12388)
**COREY P. PARENTON** (#32918)
**JEFFREY G. LAGARDE** (#31823)
3500 North Causeway Boulevard
Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Emails:      tony@seklaw.com
             corey@seklaw.com
             jeff@seklaw.com
*Counsel for Settoon Construction, Inc.*
*and the M/V AMBRE LYNN SETTOON*
*and the barge MIDNIGHT GATOR, in rem*